UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

☐

RE: Yasmani Hernandez Perez                              CASE NUMBER: 25-19443 CLC

**TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION**
**(If this case is dismissed, this deficiency is an objection to reinstate)**

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections UNTIL all documents are provided to the Trustee and reviewed for issues raised and additional documents needed.* **See Court Notice of Commencement for additional information and Trustee's website www.CH13miami.com for forms and procedures.**

As appropriate, all written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or agreed deadline if confirmation is continued.  Pro Se debtors may fax documents to 954-443-4452.  Late documents may not be reviewed or considered, and this case may be at risk of dismissal. The Trustee's Office has a "Pre-call" date, **THE THURSDAY PRIOR TO THE HEARING**. During this period, the Debtor's or Creditor's attorney must call and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation.  A final calendar will be published with any changes of this recommendation the day before the hearing on the front page of the Trustee's website.

**\*\*\*RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT\*\*\***

THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED

Trustee Recommendation for hearing                              LAST REVIEWED: **10/1/2025**

☐ **Plan served**                                                              ☐ **Objection to Exemption**

**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**
Debtor to file or provide written explanation and evidence at least 15 days prior to the first confirmation hearing:

*I Documents required prior to the Trustee conducting or concluding the meeting of creditors:*
*(Trustee reserves the right to recall meeting of creditors until all documents in this section are provided and reviewed):*

- ☐ Tax returns**:** ☐ Missing Schedule C and/or Part 1
- ☐ Corporate tax returns**:**
- ☐ Photo ID (color copy)
- ☐ SS Card
- ☐ LF 90 ☐ LF 90 Attorney signature missing ☐ LF 90 Debtor signature missing
- ☐ LF 67
- ☐ LF 10
- ☐ 341 Written Questionnaire- Updated 4.3.2024 version with all questions answered
- ☒ Bank Account Statements: ☐ 3 months pre-petition (ending on the date of the petition)**: #9529/00/50 (8/1 – 8/15/25)**

  From Bank Statements:
  - ☐ Copy of check(s) and explanation/evidence of use over $999.99**:**
  - ☐ Explanation of withdrawal/debit/transfer and evidence of use over $999.99**:**
- ☐ Domestic Support Obligation form (complete with name, address, and phone number)

## II Plan issues to resolve prior to the confirmation hearing:

- ☐ Attorney fee itemization or Fee Application needed (see court guideline 6)
- ☐ 2016(b), SOFA #16 and Plan do not match
- ☐ Motion in plan not filed:  ☐ MMM ☐ Valuation ☐ Lien Avoidance Motion ☐ SLP Notice and/or Motion
- ☐ Plan does not fund properly**:**
- ☐ Amend Plan to include in other provisions: ☐ IVL (Miami) ☐100% ☐ Lawsuit  ☐ Gambling ☐ MMM
- ☐ Plan does not disclose treatment of all Sch D, E or G creditors**:**
- ☐ Creditor in Plan is not listed in Schedules or has not filed a POC**:**
- ☐ Creditor paid through the Plan has not filed a POC**:**
- ☒ Object or Conform to Proof of Claim**: POC# 3**
  - ☐ IRS ☐ Miami-Dade County ☐ Tax Certificate (DE#   ) ☐ Dept of Revenue
- ☐ Amend Plan to include and/or to correct the court claim # for creditor in Section(s)**:**
- ☐ OTHER PLAN ISSUES**: Amend plan sect I to select Nonstandard to match sect IX**
- ☒ Ch 7 is **$1808.00** may increase until all documents received and reviewed
- ☐ Good faith payment to unsecured creditors
- ☐ 100% Plan issue with filed claims

## III Documents required prior to the confirmation hearing:

- ☐ Missing Plan, Schedules, SOFA and CMI
- ☐ Attorney disclosure form (2016(b) not on docket
- ☐ FMV and payoff of Real Estate**:**
- ☐ Non-Homestead Info Sheet with all questions answered**:**
- ☒ FMV Carmax (Not online offer) or J.D. Power, of vehicles**: 21 Trailer**
- ☐ FMV and payoff of other: (jewelry, collection, firearm)**:**
- ☐ 401 K/Retirement/Pension ☐ Annuity ☐ Education IRA ☐ Life Insurance Policy
- ☐ Wage deduction order or Motion to waive

Debtor has a business or self-employed**: Vista Hermosa Landscaping Corp**
- ☒ BDQ- **Incomplete 2 – 10** Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit
- ☒ Profit/Loss ☒ Balance Sheet ☐ Inventory ☐ Other**:**
- ☒ Business Bank statements and checks: ☐ 3 months pre-petition (ending on the date of the petition)**:**

**#6892 (8/1 – 8/15/25)**

    From Bank Statements**:**
- ☐ Copy of check(s) and explanation/evidence of use over $999.99**:**
- ☐ Explanation of withdrawal/debit/transfer and evidence of use over $999.99**:**
- ☐ SOFA #27 details: When did business close? What happened to business s assets?
- ☐ Affidavit of support ☐ Affidavit of rent/lease
- ☒ LF 76 (Attorney Compliance with Claims Review) Bar Date**: 10/24/25**
- ☐ Other**:**

*<u>Legal issues to resolve prior to the confirmation hearing (reviewed at 341):</u>*

☐ Income understated per debtor's stubs $ _____ taxes $ _____ co-debtor stubs $ _____ taxes $ _____
☐ Proof of household size (government ID w/ address) and income of all adults disclosed on Sch J and CMI
☐ Spouse's pay advices ☐ Spouse's income not included on Schedule I or CMI
☐ Schedule J Expenses: ☐ Provide Proof of line _____ ☐ Objectionable Line _____
☐ Object to Schedule J Expenses: but 100% plan or over median
☐ Expenses: documentation/calculation: CMI Form B122C-1 line _____
   CMI Form B122C-2 line
☐ Plan does not pay debtor's calculation of disposable income CMI/DI _____ x 60 = $_____
☐ Pending income/expenses issues ☐ Trustee believes D/I is understated (estimated D/I $_____)
☐ Feasibility or ☐ plan payments reduce month _____ or ☐ balloon payment
☐ Plan does not conform to Applicable Commitment Period < 36 months < 60 months
☐ Info on transfer SOFA _____ undisclosed_____ ☐ provide Tolling Agreement(s)

_____
_____
_____
_____
_____
_____
_____

☐ **Reserves right to Recall for additional reasons**
☐ ***If 100% language is removed, Debtor to provide documents/resolve issues on all prior deficiencies contemporaneously with filing of amended plan and Trustee reserves the right to recall the meeting of creditors.***
☐ **Documents not provided at least 7 days prior to 341 meeting; additional proof and information may be necessary. Trustee reserves the right to recall the meeting of creditors as documents were not timely provided.**

*I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.*

*Submitted by: NANCY K. NEIDICH, ESQ*
*STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027*
*(954) 443-4402*